JOSEPH FRIED, Respondent, *v.* EMANUEL S. CAHN, Appellant, Impleaded with Others.

(Submitted March 12, 1934; decided March 13, 1934.)

*George Natanson* for motion.
*Joseph J. Mack* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion unless appellant files undertaking within ten days and pays ten dollars costs, in which event the motion is denied.